*Keenen*

Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-2-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:
Fosamax Products Liability Litigation       1:06-md-1789 (JFK)
-----------------------------------------------------------x
*This Document Relates to:*
Mildred Olstad
v. Merck & Co., Inc.

Case No: 1:07-cv-9331-JFK
-----------------------------------------------------------x

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Mildred Olstad and Defendant Merck & Co., Inc., ("Merck") through their respective undersigned counsel, as follows:

1. This case having been resolved upon the agreement of Plaintiff to voluntarily dismiss without prejudice her claims against Merck in the above-captioned case and the agreement of Merck not to seek from Plaintiff its fees and costs, this case is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2. Plaintiff further agrees to re-file any suit based on any similar claims related to Fosamax against Merck, any of Merck's subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in this Court without joining any party whose joinder would defeat diversity pursuant to 28 U.S.C. 1332.

BA2337618



3. Each party is to bear its own costs and attorneys' fees.

Dated: March 26, 2008

MOTLEY RICE LLC

By _____
Carmen S. Scott
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465
(843) 216-9000

Richard J. Hood
Andrus Boudreaux, PLC
1775 Sherman St., 31st Floor
Denver, CO 80203

*Attorneys for Plaintiff*

HUGHES HUBBARD & REED LLP

By _____
Theodore V. H. Mayer (TM 9748)
One Battery Park Plaza
New York, New York 10004
(212) 837-6888

*Attorneys for Defendant Merck & Co., Inc.*

SO ORDERED: _____  4/2/08
Hon. John F. Keenan

BA2337618